# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850





TEL (808) 541-1300
FAX (808) 541-1303



June 27, 2007

Mr. Rufino Santos
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re:   Case Transfer, MDL 1827
      In Re: TFT-LCD (Flat Panel) Antitrust Litigation
      USDC Hawaii Civil Case No. 07-00122HG-LEK
      **USDC N.D. California (San Francisco) Case No. 1: 07-cv-1827 SI**
      **Gail H. Awakuni, et al. vs. Au Optronics Corp., et al.**

Dear Mr. Santos:

    Pursuant to the Conditional Transfer Order, the above referenced case is hereby transferred from the District of Hawaii. A certified copy of the transfer order and a certified copy of the case docket accompanies this letter.

    Secondly, as this case is maintained electronically, all documents are imaged within CM/ECF. Of the file-transfer-options mentioned in your transmittal letter, the Clerk's office respectfully requests that you directly access our database to download those PDF files that you may need or require. Our district's automation department has informed me that your district does have a log-in and password on file in order for you to access our database.

    Lastly, if I may be of further assistance, I welcome your call or e-mail.

Very truly yours,

SUE BEITIA, CLERK

*Anna Chang*

by: Anna F. Chang, Deputy Clerk

encl.
cc: all counsel and/or parties of record

---

TO: Clerk's Office, U.S. District Court, Northern District of California:
Please acknowledge receipt on the copy of this letter and return.

Date: _____                          By: _____

**A CERTIFIED TRUE COPY**

MAY 1 1 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
MAY 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

u 07-cv-1827 SI

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
APR 25 2007
FILED
CLERK'S OFFICE

USDC HI Cv. 07-122-HG-LEK

**DOCKET NO. 1827**

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN - 1 2007

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**   at 11 o'clock and 00 min. A M
SUE BEITIA, CLERK

On April 17, 2007, the Panel transferred seven civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Susan Yvonne Illston.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Illston.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 17, 2007, and, with the consent of that court, assigned to the Honorable Susan Yvonne Illston.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By [signature]
Deputy

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By [signature]
Deputy Clerk
Date 5/30/07

