CLOSED, TRANSF

## U.S. District Court
### District of Hawaii - CM/ECF V3.04 (3/07) (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00122-HG-LEK

| | |
|---|---|
| Awakuni et al v. Au Optronics Corp. et al | Date Filed: 03/08/2007 |
| Assigned to: JUDGE HELEN GILLMOR | Date Terminated: 06/01/2007 |
| Referred to: JUDGE LESLIE E KOBAYASHI | Jury Demand: Plaintiff |
| Cause: 15:25 Clayton Act | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Gail H. Awakuni**
*on behalf of herself and all others
similarly situated in the State of Hawai'i*

represented by **Gail Y. Cosgrove**
Hisaka Stone Goto Yoshida Cosgrove
& Ching
Mauka Tower
737 Bishop St Ste 3000
Honolulu, HI 96813
523-0451
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Kunio Kuwabe**
Hisaka Stone Goto Yoshida Cosgrove
& Ching
Mauka Tower
737 Bishop St Ste 3000
Honolulu, HI 96813
523-0451
Email: kkuwabe@objectionsustained.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Steven K. Hisaka**
Hisaka Stone Goto Yoshida Cosgrove
& Ching
Mauka Tower
737 Bishop St Ste 3000
Honolulu, HI 96813
523-0451
Email: shisaka@objectionsustained.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Okita**
*on behalf of himself and all others similarly situated in the State of Hawai'i*

represented by **Gail Y. Cosgrove**
Hisaka Stone Goto Yoshida Cosgrove & Ching
737 Bishop St Ste 3000
Honolulu, HI 96813
523-0451
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kunio Kuwabe**
Hisaka Stone Goto Yoshida Cosgrove & Ching
737 Bishop St Ste 3000
Honolulu, HI 96813
523-0451
Email: kkuwabe@objectionsustained.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven K. Hisaka**
Hisaka Stone Goto Yoshida Cosgrove & Ching
737 Bishop St Ste 3000
Honolulu, HI 96813
523-0451
Email: shisaka@objectionsustained.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Okita**
*on behalf of themselves and all others similarly situated in the State of Hawaii*

represented by **Gail Y. Cosgrove**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kunio Kuwabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven K. Hisaka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Au Optronics Corp.

**Defendant**

**Au Optronics Corp. America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**
*TERMINATED: 05/29/2007*

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Fujijtsu Limited, Inc.**
*TERMINATED: 05/29/2007*

**Defendant**

**Fujitsu America, Inc.**
*TERMINATED: 05/29/2007*

**Defendant**

**Hannstar Display Corporation**
*TERMINATED: 05/29/2007*

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**International Display Technology USA, Inc.**

**Defendant**

**IPS Alpha Technology, Ltd.**

**Defendant**

**LG. Philips LCD Co., Ltd.**

**Defendant**

**LG. Philips LCD America, Inc.**

**Defendant**

**Matsushita Electric Industrial Co., Ltd.**
*TERMINATED: 05/29/2007*

**Defendant**

**Mitsubishi Electric Corporation**
*TERMINATED: 05/29/2007*

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**
*TERMINATED: 05/29/2007*

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company, Ltd.**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Sanyo Electric Co., Ltd.**
*TERMINATED: 05/29/2007*

**Defendant**

**Sanyo North America Corporation**
*TERMINATED: 05/29/2007*

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**
*TERMINATED: 05/29/2007*

**Defendant**

**Epson Electronics America, Inc.**
*TERMINATED: 05/29/2007*

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**S-LCD Corporation**
*TERMINATED: 05/29/2007*

**Defendant**

**Syntax-Brillian Corp.**
*TERMINATED: 05/29/2007*

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba Matsushita Display Technology Co., Ltd.**

**Defendant**

**John Does 1-100**

**Defendant**

**Chi Mei Optoelectronics Corporation**

**Defendant**

**CMO Japan Co., Ltd.**

**Defendant**

**CMO Japan Co., Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**Toshiba America Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 03/08/2007 | 1 | CLASS ACTION COMPLAINT against all defendants;# 1 DEMAND for Jury Trial;# 2 SUMMONS;# 3 Exhibit "A" (Filing fee $ 350.) - filed UNDER SEAL by Gail H. Awakuni, John Okita.(afc) Additional attachment(s) added on 3/13/2007 (bbb, ). Modified on 3/13/2007 (bbb, ). (Entered: 03/08/2007) |
| 03/08/2007 | 2 | Order Setting Rule 16 Scheduling Conference for 09:00AM on 6/4/2007 before JUDGE LESLIE E KOBAYASHI - by Judge HELEN GILLMOR. (afc) Additional attachment(s) added on 3/13/2007 (bbb, ). (Entered: 03/08/2007) |
| 03/08/2007 | 3 | Ex Parte Motion to file 1 Complaint under Seal;# 1 Affidavit of Kunio Kuwabe;# 2 ORDER granting Ex Parte Motion to file Complaint under Seal. Signed by Magistrate Judge LESLIE E KOBAYASHI on 3/8/07. (afc) Additional attachment(s) added on 3/13/2007 (bbb, ). Modified on 3/13/2007 (bbb, ). (Entered: 03/08/2007) |
| 03/08/2007 | 4 | Civil Filing fee: $ 350.00, receipt number 238634 (bbb, ) (Entered: 03/13/2007) |
| 05/08/2007 | 6 | EO: The Court hereby Orders Plaintiffs to Show Cause why the Complaint, filed under seal on 3/8/2007, should remain sealed at a hearing before Magistrate Judge Leslie E. Kobayashi on 7/9/2007 at 10:00 a.m. Show Cause Hearing set for 7/9/2007 at 10:00 AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI ) (wnn, ) (Entered: 05/08/2007) |
| 05/10/2007 | 7 | EO: Rule 16 Scheduling Conference set for 6/4/2007 at 09:00AM is continued to 7/9/2007 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn, ) (Entered: 05/10/2007) |
| 05/11/2007 | 8 | EO: Order to Show Cause as to Why Complaint Should Remain Sealed set for 7/9/2007 at 10:00 AM is moved up to 5/21/2007 at 09:30 AM before JUDGE LESLIE E KOBAYASHI. Rule 16 Scheduling Conference set for 7/9/2007 at 10:00 AM is moved up to 09:00AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn, ) (Entered: 05/11/2007) |
| 05/21/2007 | 11 | EP: Order to Show Cause as to Why Complaint Should Remain Sealed - **(SEALED Proceeding)** held. No objection by Counsel to Un-Sealing of Case. Court Orders that the above entitled action be **UNSEALED. IT IS SO ORDERED.** Attorney Kunio Kuwabe present. (FTR-Ctrm FTR-C7; TIME: 9:35 - 9:37.) (Judge LESLIE E KOBAYASHI )(afc) (Entered: 05/21/2007) |
| 05/29/2007 | 12 | FIRST AMENDED CLASS ACTION COMPLAINT;# 1 JURY DEMAND;# 2 SUMMONS issued;# 3 Exhibit A against Chi Mei Optoelectronics Corporation, CMO Japan Co., Ltd., Hitachi America, Ltd., International Display Technology Co., Ltd., Toshiba America Inc., Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., International Display Technology USA, Inc., IPS Alpha Technology, Ltd., LG. Philips LCD Co., Ltd., LG. |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
|------------|----|-------|
|            |    | Philips LCD America, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., Epson Imaging Devices Corporation, Seiko Epson Corporation, Sharp Corporation, Sharp Electronics Corporation, Toshiba Matsushita Display Technology Co., Ltd., John Does 1-100, Au Optronics Corp., Au Optronics Corp. America (Filing fee $ 350.), filed by John Okita, Gail H. Awakuni. (cc: HG) (bbb, ) (Entered: 05/30/2007) |
| 06/01/2007 | 15 | CERTIFIED COPY: MDL Docket No. 1827 CONDITIONAL TRANSFER ORDER (CTO-1) - this action is transferred under 28 USC 1407 to the Northern District of California and assigned to the Honorable Susan Yvonne Illston. (N.D. California Case No. 07-cv-1827 SI). (Attachments: # 1 Correspondence from Transferee court)(afc) (Entered: 06/27/2007) |
| 06/07/2007 | 13 | Plaintiffs' EX PARTE MOTION TO EXTEND TIME FOR SERVICE OF 12 SUMMONS AND FIRST AMENDED COMPLAINT;# 1 Affidavit of Kunio Kuwabe;# 2 ORDER Granting Plaintiffs' Ex Parte Moton. Signed by Magistrate Judge LESLIE E KOBAYASHI on June 7, 2007. (bbb, ) (Entered: 06/07/2007) |
| 06/26/2007 | 14 | EO: Rule 16 Scheduling Conference set for 7/9/2007 at 09:00AM is continued to 9/10/2007 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn, ) (Entered: 06/26/2007) |
| 06/27/2007 | 16 | USDC Hawaii Transmittal Letter regarding MDL Transfer of Case addressed to USDC N.D. California (San Francisco Division). Regarding case file: Receiving district instructed to download those documents from USDC HI database. (afc) (Entered: 06/27/2007) |
| 06/27/2007 |    | COURT'S CERTIFICATE of Service - a copy of 15 te MDL TRANSFER ORDER, and a copy of 16 the transmittal letter, will be served by First Class Mail to the addresses of record on June 27, 2007. Registered Participants of CM/ECF received the documents electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Interoffice delivery of MDL Transfer Order to Presiding and Referral Judges and respective Courtroom Managers via NEF notification. (afc) (Entered: 06/27/2007) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/06/2007 06:16:56 ||||
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00122-HG-LEK |

| Billable Pages: | 4 | Cost: | 0.32 |